IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ONIS KELLEY                                                                                           PETITIONER

VS.                                       5:06CV00288-WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., the timely objections thereto, as well as a de novo review of the record. The Findings and Recommendations are adopted in their entirety as this Court's findings. Judgment shall be entered accordingly.

SO ORDERED this 4th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE