IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ONIS KELLEY                                                                                          PETITIONER

VS.                                          5:06CV00288 WRW

LARRY NORRIS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 4th day of June, 2007.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE